UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-4570-GW-MRWx | Date | October 15, 2026 |
| Title | *Wesley Africa v. Vision Path, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Maria Bustillos | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ryan J. Carlson<br>Andrew J. Kubik | David J. Carrier |

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [200]; and DEFENDANT VISION PATH, INC.'S MOTION TO EXCLUDE EXPERT REPORT, TESTIMONY, and OPINIONS OF DR. ELIZABETH HOWLETT, PH. D [202]**

The Court issued its Tentative Ruling on the above-entitled Motions [200, 202] on October 14, 2026 [210]. Oral argument is held. The Tentative Ruling is adopted as the Court’s Final Ruling. The Court GRANTS Plaintiff’s motion for class certification and DENIED Defendant’s Motion to Exclude.

A scheduling conference is set for October 22, 2026 at 8:30 a.m. The parties are to file a joint scheduling report by noon on October 20, 2026.

: 50

Initials of Preparer JG