UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-4570-GW-MRWx | Date | October 22, 2026 |
| Title | *Wesley Africa v. Vision Path, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Lesbith Castillo | Araceli Prado | |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ryan J. Carlson | David J. Carrier |

**PROCEEDINGS: TELEPHONIC SCHEDULING CONFERENCE**

The case is called and counsel state their appearances. Court and counsel confer. The trial in this matter will be scheduled for 2027. Within 45 days of today's date, counsel shall file a proposed class notice and Defense shall provide the class roster to Plaintiff.

A scheduling conference is set for December 17, 2026 at 8:30 a.m. A joint report is due by December 4, 2026.

: 10

Initials of Preparer lca